UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPAMPINATO<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-03989-PCP<br><br>Judge: Hon. P. Casey Pitts<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO REMAND<br><br>St. Crt. Compl. Filed: December 4, 2023<br>Removal Filed: July 2, 2024 |

**[PROPOSED] ORDER**

The Court, having considered the Stipulation to Remand (the "Stipulation") filed by the Parties, and upon finding good cause therefore, hereby GRANTS the Stipulation.

This matter is hereby remanded to the California Superior Court, for the County of Santa Clara.

**IT IS SO ORDERD.**

Dated: December 30, 2024

_____
Hon. P. Casey Pitts
United States District Judge